**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 3:26-CR- 9** |
| | : | |
| **v.** | : | **INFORMATION** |
| | : | |
| **BRYAN SIXTO ARIAS-CHICAS** | : | |
| a/k/a "Brian Sixto Arias-Chicas" | : | **In violation of:** |
| | : | **18 U.S.C. § 2251(a), (e)** |

CLERKS OFFICE US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
6/18/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Kayla Lokey
DEPUTY CLERK

The United States charges:

## COUNT ONE

1. On or about May 8, 2025, in the Western District of Virginia and elsewhere, the defendant, BRYAN SIXTO ARIAS-CHICAS, a/k/a Brian Sixto Arias-Chicas, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, Minor A, who was then a minor under the age of 18 years old, to engage in sexually explicit conduct for the purpose of producing one or more visual depiction(s) of such conduct, and which visual depiction(s) was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

2. All in violation of Title 18, United States Code, Section 2251(a), (e).

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Information, the defendant shall forfeit to the United States:

   a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

The property to be forfeited includes, but is not limited to, the following:

a. An iPhone 15, model number A2846

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

Date: 6/18/26

Jason M. Scheff
Assistant United States Attorney

2